**Order filed March 1, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-20-00375-CV
_____

**PRIEUR LEARY, III AND MINTVEST CAPITAL, LTD., Appellants**

**V.**

**COINMINT, LLC AND COINMINT LIVING TRUST, LLC, Appellees**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-86203**

## ORDER

Appellants Mintvest Capital, Ltd. and Prieur Leary, III, appeal an order signed May 7, 2020 that denied their motion for special appearance. On August 21, 2020, counsel for appellant Prieur Leary, III filed a brief on his behalf, but no brief has been filed on behalf of Mintvest Capital, Ltd. On October 11, 2021, this court issued notice that appellant Mintvest Capital, Ltd.'s appeal would be dismissed for want of prosecution if it did not file a brief within 15 days. *See* Tex. R. App. P. 42.3(b). A request to extend time to file the brief until December 27, 2021 was granted.

As of today, no brief has been filed. We dismiss Mintvest Capital, Ltd.'s appeal for want of prosecution.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.